O'CONNELL, FLAHERTY, ATTMORE AND FORSYTH *v.*
NELSON GILYANNA
(10491)

FOTI, LANDAU and FREEDMAN, Js.

Argued March 27—decision released April 14, 1992

*Nelson Gilyanna,* pro se, the appellant (defendant).

*Beverly Johns,* with whom, on the brief, was *Stephen J. Sinatro,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.

---

NEW CONNECTICUT BANK AND TRUST COMPANY, N.A.
*v.* MILLINGTON GREEN LAND ASSOCIATES ET AL.
(10571)

FOTI, LAVERY and HEIMAN, Js.

Argued March 25—decision released April 14, 1992

*Richard F. Paladino,* for the appellants (defendants Donald Bergeron et al.).

*David S. Hoopes,* for the appellee (plaintiff).

PER CURIAM. The judgment is affirmed.